### 28293. COHEN *v.* THE STATE.

BROYLES, C. J. This case is controlled by the ruling of headnote 2 in *Snead* v. *State,* supra.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*